UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSMAN S IBRAHIM, <br><br> Defendant. | Case No. MJ23-052 PLM <br><br> DETENTION ORDER |

Defendant Osman S. Ibrahim is charged with unlawful possession of a destructive device, 26 U.S.C. §§ 5861(d), 5845(a)(8), 5845(f). The Court held a detention hearing on July 1, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Ibrahim is charged with a crime involving use of a weapon.

2. Mr. Ibrahim stipulated to detention.

3. Upon advice of counsel, Mr. Ibrahim declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

DETENTION ORDER - 1

4. Mr. Ibrahim poses a risk of nonappearance due to active warrants for failure to appear. In addition, because he was not interviewed, his background and ties to this district are unknown.

5. Mr. Ibrahim poses a risk of danger due to the nature of the instant offense.

6. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Ibrahim's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Ibrahim shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Ibrahim shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Ibrahim is confined shall deliver Mr. Ibrahim to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Ibrahim, to the United States Marshal, and to the United States Pretrial Services Officer.

//

DATED this _2nd_ day of July, 2024.

                                                    MICHELLE L. PETERSON
                                                    United States Magistrate Judge

DETENTION ORDER - 3